IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 15-3386 RB |
| | ) | |
| vs. | ) | |
| | ) | |
| **SUSANA CEBALLOS**, | ) | |
| **a.k.a. "Rita,"** | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO DISMISS COUNT 4 OF INDICTMENT

The United States of America moves this Court, pursuant to Fed. R. Crim. P. 48, to dismiss Count 4 of the Indictment in this cause as to defendant **SUSANA CEBALLOS**.  As grounds the United States provides that defendant has pled guilty and been sentenced on Counts 1, 12, 13 and 16 of the Indictment.

Defendant does not oppose this motion.

**WHEREFORE**, the United States respectfully requests this Court enter an Order dismissing without prejudice Count 4 of the Indictment as to defendant **SUSANA CEBALLOS**.

Respectfully submitted,

DAMON P. MARTINEZ
Acting United States Attorney

*Electronically Filed 2/6/2017____*
RANDY M. CASTELLANO
Assistant U.S. Attorney
555 S. Telshor, Ste. 300
Las Cruces, NM 88011
(575) 522-2304 - Tel.
(575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

*Electronically Filed  2/6/2017___*
RANDY M. CASTELLANO
Assistant U.S. Attorney