IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB -7 2017

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-3386 RB |
| vs. | ) |
| SUSANA CEBALLOS, a.k.a. "Rita," | ) |
| Defendant. | ) |

ORDER DISMISSING COUNT 4 OF INDICTMENT

THIS MATTER having come before the Court on the written Motion of the United States for an Order dismissing Count 4 of the Indictment as to Defendant **SUSANA CEBALLOS** and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted;

IT IS THEREFORE ORDERED that Count 4 of the Indictment be and hereby is dismissed without prejudice as to Defendant **SUSANA CEBALLOS** pursuant to the plea agreement.

ROBERT C. BRACK
United States District Judge