PROB 12C - (Rev. D/NM-8/2014)                                                                1789662

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

**Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Susana Ceballos |
| Docket Number: | 1084 5:15CR03386 -010RB |
| Assigned Judge: | Honorable Robert C. Brack, Senior United States District Judge |
| Date of Original Sentence: | 02/02/2017 |
| Original Offense: | Count 1: 21 U.S.C. 846 and 841(b)(1)(C): Conspiracy to Possess with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine |
| | Counts 12, 13 and 16: 21 U.S.C. 843(b) and 843(d)(1): Use of a Communication Facility to Further the Commission of a Drug Trafficking Crime |
| Original Sentence: | BOP: 60 months as to Ct. 1, 48 months each in Ct's. 12, 13, and 16, (all counts concurrent); TSR: 36 months as to Ct. 1; 12 months each in Ct's. 12, 13, and 16, (all counts concurrent). |
| Date Supervision Commenced: | 03/06/2019 |
| Date Supervision Expires: | 03/05/2022 |
| Other Court Action: | 11/17/2020: Report on Offender Under Supervision completed as the defendant had tested positive and admitted to consuming methamphetamine. 11/18/2020: Order no action is necessary. |
| | 12/09/2020: Report on Offender Under Supervision completed as the defendant had tested positive and admitted to consuming methamphetamine. 12/10/2020: Order no action is necessary. |

## PETITIONING THE COURT

To issue a summons.

U.S. Probation Officer of the Court, Patrick Jennings, alleges the offender has violated the following condition(s) of supervised release.

| *Violation Type* | *Nature of Noncompliance* |
|---|---|
| MC | You must refrain from any unlawful use of a controlled substance. |
| | On January 12, 2021, during a telephone call with this officer, the defendant admitted she consumed methamphetamine on January 7, 2021. |

| | |
|---|---|
| SPC | You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, an alcohol monitoring technology program, and/or any form of prohibited substance screening or testing. You must not attempt to obstruct or tamper with the testing methods. You may be required to pay all, or a portion, of the costs of the testing. |
| | On January 10, 2021, the defendant failed to submit to substance abuse testing as required at Anaya Counseling and Consulting Services in Roswell, New Mexico. |

The defendant has submitted three positive drug tests for illegal controlled substances since October 6, 2020. Pursuant to 18 U.S.C. 3583 (g)(4) if the defendant tests positive for illegal controlled substances more than three times over the course of one year, supervision must be revoked, and the defendant must be sentenced to a term of imprisonment. However, sentencing provisions authorize the Court, acting in accordance with sentencing guidelines, to exempt an offender who fails a drug test, from the mandatory revocation and imprisonment provisions, pursuant to 18 U.S.C. 3563(e) and 18 U.S.C. 3583(d).

The maximum statutory penalty:  24 months imprisonment; up to life supervised release.
The revocation range of imprisonment:  5 to 11 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 01/14/2021.

Submitted:

Patrick Jennings
U.S. Probation Officer
Cell #: 575-640-0472

Approved:      ☒ Email Approval

Alfred Perez
Assistant U.S. Attorney

Date: 01/13/2021