# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable KEVIN R. SWEAZEA

CRIMINAL CLERK'S MINUTES at Las Cruces
(by Zoom Videoconference)

| Case Number: | CR 15-3386 RB | Date: | 2/3/2021 | Recording Information: | LCR SIERRA BLANCA |
|---|---|---|---|---|---|
| Clerk: | B. WILSON | Type of Hearing: | | **INITIAL APPEARANCE-REVOCATION/ SHOW CAUSE/DETENTION** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **SUSANA CEBALLOS** | **C.J. MCELHINNEY** | ☒ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | MARIA ARMIJO | Interpreter: | N/A | |
|---|---|---|---|---|
| Probation Officer: | PATRICK JENNINGS | Court in Session: | 9:25-9:33 A.M   8 MIN | |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants  ☐ Government's  ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of show cause hearing; Matter referred to the District Judge for a Disposition Hearing |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☐ | Set for |
| ☒ | Defendant remain on previously imposed conditions |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other:   ALL PARTIES AGREE TO DEFENDANT REMAINING ON RELEASE ON PREVIOUS CONDITIONS PENDING HEARING BEFORE DISTRICT JUDGE. |