UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE BARBARA S. EVANS**

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER: **15-CR-3386**   DATE: **9/21/2021**   TAPE NUMBER: **LCR-ROSWELL**

CLERK**: KENDRA MATHISON**

TYPE OF HEARING: **INITIAL PRESENTMENT – Petition on Revocation**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| **Susana Ceballos** | | ☐ | ☐ |

Interpreter: - N/A
Pretrial Officer present: Eddie Casteneda
Court in Session: **09:15 A.M. to 9:30 A.M. (15 MINS)**

☒ Defendant was given/read a copy of charging document

☐ Agent sworn in OPEN COURT

☐ Court questions Defendant regarding his/her physical and mental conditions, address, DOB, education

☐ Court advises defendant(s) of possible penalties

☐ Court advises defendant(s) of all constitutional rights

☐ ORAL Motion for detention Hearing by Government

☐ Court grants Government's ☐   Defense ☐   oral motion to continue detention hearing

☐ Waiver of preliminary hearing & right to grand jury presentment filed in open court

☐ Defendant(s) in custody

☐ Defendant(s) detained without bond as:  Risk of Flight ☐   Danger to Community ☐

☐ Conditions of Release set at:

☐ Other**: SHOW CAUSE/DETENTION HEARING IN LAS CRUCES ON MONDAY, SEPTEMBER 27th, 2021 AT 9:00 A.M. BEFORE JUDGE SWEAZEA.**