## VIOLATION OF SUPERVISED RELEASE PROCEEDINGS MINUTE SHEET
## ZOOM-AMENDED

| | | | |
|---|---|---|---|
| CR No.: **15-3386-010 RB** | USA v. | **MENDIOLA, et al.** | |
| Date: **11/02/2021** | Time in: **11:03 AM** | Time Out: **11:26 AM** | **23 MINUTES** |
| Before the Honorable | **ROBERT C. BRACK, SENIOR UNITED STATES DISTRICT JUDGE** | | |
| Clerk: | **JO ANN O STANDRIDGE** | Court Reporter: | **VANESSA ALYCE CHAVEZ** |
| Defendant: | **SUSANA CEBALLOS** | Defendant's Counsel: | **KEN DEL VALLE** |
| AUSA: | **CHRISTOPHER SOLIS** | Probation Officer: | **DANIEL HERNANDEZ** |
| VSR Held: | **LAS CRUCES, NM** | Interpreter: | **N/A** |

### ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| X | Defendant sworn |
| X | Court questions Defendant regarding his/her physical and mental conditions |
| X | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s): **MC (Petition #561, dated 09/02/2021)** |
| X | Proceed to sentencing |

### SENTENCE IMPOSED

| | | | |
|---|---|---|---|
| Imprisonment: | **5 MONTHS** | Supervised Release: | **WILL NOT BE REIMPOSED** |

### SPECIAL CONDITIONS

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Reside at a Residential Reentry Center: (up to) 6 months |
| | Comply with ICE laws and regulations | | Location monitoring for a period of ____ months |
| | Participate in an outpatient subst abuse program / testing (up to 60 tests per year) | | Complete ____ hours of Community Service |
| | Participate in an inpatient subst abuse program | | Meet any legal obligation for support any person |
| | Participate in a mental health treatment program | | Must not engage in any form of gambling |
| | Participate in a cognitive behavior treatment program | | Provide financial information |
| | Waive your right to confidentiality (subst abuse) | | No new credit charges |
| | Submit to search of person/property | | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) |
| | Refrain form use or possession of alcohol / testing (up to 4 tests per day) | | No contact with any known gang member |
| | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia |
| | Participate in an educational or vocational program | | File timely, accurate and lawful income tax returns and provide proof to the Probation Officer as requested |
| | Participate in a community-based program which provided education and training in: | | |
| | Parenting / Anger Management / Domestic Violence | | |

| | |
|---|---|
| X | **ADVISED OF** Appeal Rights |
| X | **HELD IN CUSTODY** |
| | Recommended place of incarceration: |
| NOTES: | |